UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INDEMNITY COMPANY, ) | | Case No.: 14-CV-03109-LHK |
| Plaintiff, ) | | |
| v. ) | | CASE MANAGEMENT ORDER |
| SAID HASSAN and DOREEN HASSAN, ) | | |
| Defendants. ) | | |

Plaintiff's Attorney: Nathaniel Braun
Defendant's Attorney: Ronald J. Cook

      A case management conference was held on November 19, 2014. A further case management conference is scheduled for April 29, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by April 22, 2015.

      The parties are referred to court mediation. The deadline by which to complete mediation is April 15, 2015.

      The Court will not stay or bifurcate discovery.

      The Court set the following case schedule:

LAST DAY TO EXCHANGE INITIAL DISCLOSURES is December 8, 2014.

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is December 19, 2014.

FACT DISCOVERY CUTOFF is March 20, 2015.

EXPERT DISCOVERY:

    Opening Reports:    February 20, 2015
    Rebuttal Reports:    March 6, 2015
    Cutoff:    March 20, 2015

1   DISPOSITIVE MOTIONS shall be filed by April 30, 2015 and set for hearing no later than June 18, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is August 27, 2015 at 1:30 p.m.

BENCH TRIAL: October 5, 2015, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 3 days

**IT IS SO ORDERED.**

Dated: November 19, 2014



_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-03109-LHK
CASE MANAGEMENT ORDER