ALAN B. YUTER (SBN 101534)
ayuter@selmanbreitman.com
NATHANIEL S.G. BRAUN (SBN 269087)
nbraun@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Plaintiff SCOTTSDALE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAID HASSAN, DOREEN HASSAN,<br><br>Defendants. | Case No. 5:14-cv3109<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE<br><br>Judge: Hon. Lucy H. Koh |

Pursuant to the Stipulation for Order for Dismissal with Prejudice entered into between plaintiff Scottsdale Indemnity Company on the one hand, and defendants Said and Doreen Hassan, on the other hand, the above-entitled action is dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

IT IS SO ORDERED.

The Clerk shall close the file.

Dated: March 9, 2015      *Lucy H. Koh*
                           Hon. Lucy H. Koh
                           United States District Judge

1
[~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE